**No. 11-7448. Christine K. Cornelius, Petitioner v. J. C. Michael Shea.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 841.

January 17, 2012. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 1113, 945 N.E.2d 437.